# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | : | **Criminal Action No. 11-277 (SRC)** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| MICHAEL F. DURANTE, | : | |
| Defendant. | : | |

**CHESLER, District Judge**

This matter having come before the Court on two motions to quash the grand jury subpoenas of Lorraine Solomon, Myra Valer, Melissa Miskell and Irene Burns Dotoli: 1) by Defendant Michael F. Durante; and 2) by Lorraine Solomon, Myra Valer, Melissa Miskell and Irene Burns Dotoli; and the Court having considered the parties' submissions; and the Court having held oral argument on October 25, 2011; and for the reasons stated on the record of oral argument on October 25, 2011,

**IT IS** on this 25th day of October, 2011,

**ORDERED** that Defendant's motion to quash grand jury subpoenas (Docket Entry No. 137 ) is **DENIED**; and it is further

**ORDERED** that the third-party motion to quash grand jury subpoenas by Lorraine Solomon, Myra Valer, Melissa Miskell and Irene Burns Dotoli (Docket Entry No. 136) is **DENIED**.

                                                s/ Stanley R. Chesler
                                                Stanley R. Chesler, U.S.D.J