UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

MICHAEL F. DURANTE, et al.,

Defendants.

Crim. No. 11-cr-00277-SRC

ORDER

UPON application of the United States (AUSA Anthony Mahajan appearing) for an order permitting the DEA to proceed to process in the form of text messages the Blackberry of TFO Izzo in the DEA laboratory, and upon notice to defendants (Cathy Fleming, Esq. appearing for Michael Durante), and following a conference with counsel for the Government and defendant Durante,

IT IS this 14th day of February, 2012

ORDERED that

1. the Government make two (2) mirror images of the IPD file resident on the Izzo Blackberry;

2. the Government shall segregate and secure one copy of the image of the IPD file;

3. the Government shall segregate and secure the original Izzo Blackberry in its possession;

4. all forensic work by the Government's laboratory shall be done on the non-secured imaged IPD file; and

5. the original Izzo Blackberry shall be preserved and no work will be performed on the phone itself until further order of the Court.

SO ORDERED.

Hon. Stanley Chesler, U.S.D.J.