UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

v.

MICHAEL F. DURANTE, et al.,

    Defendants.

Crim. No. 11-cr-00277-SRC

**CONSENT ORDER**

---

THIS MATTER having been opened to the Court by counsel for defendant Michael F. Durante, M.D. ("Dr. Durante"), and on notice to all counsel of the Government (AUSA Anthony J. Mahajan, appearing), and upon the prior proceedings hereto, and for good cause shown.

IT IS ON THIS 21 DAY OF FEBRUARY, 2012, HEREBY ORDERED as follows:

1) The Government shall place in a sealed evidence envelope all iterations of the Rothbart/Izzo recordings captured by the Government on or about January 11, 2010 and make them immediately available to counsel for Dr. Durante who shall make them available to Dr. Durante's consultant, Paul Ginsberg ("Ginsberg") of Professional Audio Laboratories, Inc., for his professional analysis;

2) After Ginsberg has completed his work with the Rothbart/Izzo recordings, he shall reseal the same and return it to counsel for Dr. Durante who shall return the same to the Government;

3) The Government shall pay all costs associated with Ginsberg's work with the Rothbart/Izzo recordings; and

4) The Government shall refrain from contact with any expert retained or identified by counsel for Dr. Durante in connection with this case.

ENTER:

_____
Hon. Stanley R. Chesler

We are authorized to and do agree to the form and entry of the foregoing Order.

HODGSON RUSS, LLP

BY: _____
Cathy Fleming (CF-2682)
Jillian M. Searles (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036
646-218-7644

*Attorneys for Defendant Michael F. Durante, M.D.*

BY: _____
AUSA Anthony J. Mahajan
AUSA Randall H. Cook
970 Broad Street
Newark, NJ 07102-2535
973-645-2700

*Attorneys for the United States*