Edwards Wildman Palmer, LLP
One Giralda Farms
Madison, New Jersey 07940
Direct: 973-520-2381
General: 973-520-2300
Fax: 866-492-3057
Eric H. Bennett, Esq.
*Ebennett@edwardswildman.com*
Attorney for Third Party,
CVS Caremark.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. NO. 11-CR-00277 (SRC) |
| vs. | |
| MICHAEL F. DURANTE, et al. | **ORDER** |

THIS MATTER having been brought before the Court by Edwards Wildman Palmer, LLP, attorneys for Third Party CVS Caremark (hereinafter, "CVS"), and the Court having read the moving papers served on counsel of record via hand delivery, and being satisfied that good cause appears:

IT IS on this ___ day of _____, 2012 ORDERED that:

1. Mark Benedetti is hereby designated as Custodian of Records for CVS;

2. CVS Pharmacy will provide previously provided records under the September 2011 subpoena directly to Counsel for Defendant;

3. CVS Pharmacy will provide the records sought in the February 21, 2012 subpoena to the Court only for In Camera review by the Court only;

4. All parties will appear at a future hearing before the court regarding the pending Motion to Quash filed by CVS Pharmacy; and

5. CVS does not have to provide the documents sought in the February 21, 2012 subpoena on or before February 28, 2012.

HON. STANLEY R. CHESLER, U.S.D.J.