# UNITED STATE DISTRICT COURT

# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Honorable Stanley R. Chesler |
|---|---|
| v. | Case No. 11 Cr. 277 |
| MICHAEL F. DURANTE, et al. | Order Modifying Conditions of Pre-Trial Release |

This matter having been opened to the Court by defendant **ANDRE DOMANDO**, Robert J. Olejar, Esq., appearing, for an Order modifying the conditions of pre-trial release regarding Active GPS monitoring ["GPS"], due to the several adjournments of the trial in this matter, and the United States Attorney for the District of New Jersey, by Anthony J. Mahajan, Assistant U.S. Attorney appearing, and Pre-Trial Services having consented to the request; and it appearing to the Court that Defendant has been on Active GPS monitoring since March 28, 2011, without incident, and it further appearing to the Court that Defendant has heretofore complied with all restrictions of pre-trial release imposed by this Court, and for good cause shown:

IT IS, on this 10 day of August, 2012, **ORDERED** that the Defendant's request is hereby granted; and

IT IS FURTHER ORDERED, that Defendant Andre Domando's conditions of pretrial release be, and hereby are, modified so as to vacate the condition requiring Active GPS monitoring; and

**IT IS FURTHER ORDERED**, that U.S. Pre-Trial Services remove all Active GPS monitoring devices and equipment from the person and residence of Defendant, and

**IT IS FURTHER ORDERED**, that Defendant continue to comply with all other conditions of pre-trial release pending sentencing.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

I hereby consent to the form and entry of this Order.

_____
Anthony J. Mahajan, AUSA

_____
Robert J. Olejar, Esq.,
Counsel for Defendant Andre Domando