# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

Docket No.11-6035

U.S.A. vs. Andre Domando

## Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Andre Domando**, who was placed under pretrial release supervision by the **Honorable Michael A. Shipp**, sitting in the Court at Newark, New Jersey, on March 28, 2011 on a $100,000 Unsecured Appearance Bond, with the following additional conditions:

1. Pretrial Services Supervision;
2. Travel restricted to New Jersey unless otherwise approved;
3. Surrender passport. Do not apply for any new travel documents;
4. Drug testing/treatment as deemed necessary by Pretrial Services;
5. Mental health treatment as deemed necessary by Pretrial Services;
6. Third Party Custodian as approved by Pretrial Services;
7. Active GPS.

On April 15, 2011, the defendant appeared before the Honorable Madeline Cox-Arleo for a Bail Review Hearing at which time the condition of a Third Party Custodian was removed.

The defendant pled guilty before Your Honor on December 16, 2011 to Conspiracy to Distribute Oxycodone. Sentencing has been indefinitely postponed before Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:

## [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the condition of Active GPS be removed.**

ORDER OF COURT

Considered and ordered this __13__ day of __August__, __2012__ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chester
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-9-12__

_____
Barbara Hutchinson
United States Pretrial Services Officer

**Do Not File in CM-ECF**

Note: The following information is presented to the Court for consideration to modify conditions of release. It may contain confidential information that is protected by Title 18 USC 3153(c)(1). It should not be distributed to third parties or be placed into the electronic case filing system.

---

## *ADDENDUM TO PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE*

*Respectfully presenting petition for action of Court and for cause as follows:*

Pretrial Services spoke with Assistant United States Attorney, Anthony Mahajan, who consents to the removal of the active GPS condition.

Pretrial Services has advised defense counsel of the proposed modification of bail and he voices no objection.