UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | 11 Cr. 277 |
| MICHAEL DURANTE | : | ORDER |

A status conference having been held by the Court concerning the scheduled trial of this matter, the parties having the opportunity to be heard, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the action should be continued for the following reasons:

1. This case has been deemed a "complex case" pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii);

2. The parties have been granted permission to file additional motions, returnable on December 19, 2012, and have agreed on the following briefing schedule: motions due December 7, 2012, opposition by December 14, 2012, and replies by December 17, 2012;

3. Defense counsel presently is on trial, which trial is not expected to be completed until sometime in November 2012;

4. Defendant consented to the continuance of this matter from October 18, 2012 to January 8, 2013;

5. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act;

6. Pursuant to Title 18, United States Code, Section 3161, the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy

trial;

WHEREFORE, it is on this 26 day of October, 2012

ORDERED that the proceedings in this matter are continued from October 18, 2012 to January 8, 2013;

IT IS FURTHER ORDERED that the period from October 18, 2012 to January 8, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that trial in this matter shall commence January 8, 2013.

HON. STANLEY R. CHESLER
United States District Judge